U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 0 6 2015

TONY R. MOORE, CLERK
BY _____
                DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

ARTHUR BIAS, JR.                           CIVIL ACTION NO. 6:15-cv-1065
    LA. DOC #481888
VS.                                        SECTION P

                                           JUDGE REBECCA F. DOHERTY

WARDEN ~~TIM KEITH~~ W.S. McCAIN           MAGISTRATE JUDGE CAROL B. WHITEHURST

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** as time barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this ___3___ day of ___November___, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE